GAIL C. MOSER, ESQ. SB#154224
121 W. Washington Ave., #201
Sunnyvale, CA 94086
Tele: (408)737-2700
Fax: (408)737-0132

Attorney for Behdad Mashhadi/Sabina Zaeimian

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHDAD M. MASHHADI | ) Case No. 09-60358 SLJ |
| | ) |
| SABINA S. ZAEIMIAN | ) Chapter 13 |
| | ) |
| | ) Date: October 4, 2011 |
| | ) Time: 10:00 am |
| | ) Judge: Steven L. Johnson |
| | ) Ctrm: 3099 |
| | )      280 S. First Street |
| | )      San Jose, CA |
| Debtor(s) | |

_____

**PREHEARING CONFERENCE STATEMENT BY THE DEBTOR(S)**

    1. <u>Statement of Facts and Issues:</u>

    The Law Office of Michael J. Rouhani has filed a Motion for Relief From

Automatic Stay Re: Creditor Shamireh Kaspari's Motion for Relief Fron Stsy

to Permit Her to Proceed with Litigation and Defend Herself in Non-

Bankruptcy Forum.

    The debtor(s) will not oppose the Motion for Relief From Automatic Stay.

    1. <u>Witness and Exhibit List; Estimated Hearing Time:</u>

    Not Applicable

Dated: September 23, 2011

                        \s\ Gail C. Moser
                        _____
                        Gail C. Moser, Attorney for Debtor(s)

Debtors' Prehearing Statement- 1

Case Name: Gino and Patricia Volta                    Case # 09-53368

### CERTIFICATE OF SERVICE BY MAIL

I am now and at all times herein mentioned, have been a citizen of the United States, over the age of eighteen years, am employed in Santa Clara County, California, and not a party to the within action or causes. My business address is 121 W. Washington Ave., #201, Sunnyvale, CA 94086.

On the date below I served a copy of:

Prehearing Conference Hearing Statement

by placing said copy in a sealed envelope addressed to:

Mohamed Poonja                         U.S. Trustee
PO Box 1510                            280 S 1st St., #268
Los Altos, CA 94023                    San Jose, CA 95113


Gino/Patricia Volta                    Austin P. Nagel, Esq.
809-B Cuesta Dr., 2155                 111 Deerwood Rd., Suite 388
Mt. View, CA 94040                     San Ramon, CA 94583

I deposited such envelope in the United States mail at San Jose, CA with postage fully prepaid unless they receive notice by ECF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 27, 2009

_____
Gail C. Moser

Debtors' Prehearing Statement- 2

Dated this [**Date**]

_____

[**Attorneys' address**]
[**Attorneys' names**]

Debtors' Prehearing Statement- 3